```
Priority    X
Send        X
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

**FILED**
CLERK, U.S. DISTRICT COURT
DEC - 5 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIANNE CARAFANO (aka CHASE MASTERSON), an Individual, <br><br> Plaintiff, <br><br> v. <br><br> METROSPLASH.COM, INC., a Delaware corporation, LYCOS, INC., a Delaware corporation; MATCHMAKER.COM, INC., a Texas corporation, BRADLEY R. TYER, an Individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. CV-01-0018 DT (Cwx) <br><br> [~~PROPOSED~~] ORDER ON DEFENDANTS' <u>EX PARTE</u> APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL PLAINTIFF'S RESPONSES TO LYCOS INC.'S SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS, AND FOR ~~SANCTIONS~~ <br><br> DISCOVERY MATTER <br> (Hon. Carla Woehrle) |

ENTERED ON ICMS
DEC 10 2001
CV

02424/389510.1

58

[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION

1         This Court having considered defendants <u>Ex Parte</u> Application for Order Shortening Time for Hearing on Motion to Compel Plaintiff's Responses to Lycos Inc.'s Second Set of Interrogatories and Document Requests, and for Sanctions, and it appearing to the satisfaction of this Court that there is good cause therefor,

        IT IS ORDERED that defendants' Application is thereby GRANTED, and hearing on plaintiff's Motion to Compel shall be held at _10:00 a.m._ on December _18_, 2001.

        IT IS FURTHER ORDERED that any Supplemental Memorandum in support of or in opposition to the Motion to Compel must be filed no later than December 10, 2001.

IT IS SO ORDERED.

DATED: December 4, 2001         _Carla M. Woehrle_
                                      The Honorable Carla Woehrle
                                      United States Magistrate Judge

Respectfully submitted by:

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
    Timothy L. Alger
    Attorneys for All Defendants

# PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On December 4, 2001, I served by mail the following document(s) on interested parties in this action described as **[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL PLAINTIFF'S RESPONSES TO LYCOS, INC.S' SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS, AND FOR SANCTIONS** addressed as follows:

Gregory J. Aldisert, Esq.
Caroline Heindel Burgos, Esq.
Greenberg Glusker Fields Claman Machtinger & Kinsella LLP
1900 Avenue of the Stars, #2100
Los Angeles, California 90067
Telephone: (310) 553-3610
Facsimile: (310) 553-0687

\_\_\_\_\_ **(BY MAIL)** I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_\_ **(BY MAIL)** I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ **(BY FACSIMILE)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

X **(BY FEDERAL EXPRESS)** by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

\_\_\_\_\_ **(BY PERSONAL SERVICE)** I caused to be delivered by hand such envelope to the offices of the addressee.

Executed on December 4, 2001, at Los Angeles, California.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

\_\_\_\_\_Donna Wilson\_\_\_\_\_   *Donna Wilson*
Type or Print Name                Signature