THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIANNE CARAFANO (aka CHASE MASTERSON), an individual,<br><br>Plaintiff,<br><br>v.<br><br>METROSPLASH.COM, INC., a Delaware corporation, LYCOS, INC., a Delaware corporation; MATCHMAKER.COM, INC., a Texas corporation, BRADLEY R. TYER, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 01-0018 DT (CWx)<br><br>[~~PROPOSED~~] JUDGMENT |

[PROPOSED] JUDGMENT

1  On March 11, 2002, defendants' Motion for Summary Judgment came on
2  for hearing before the Court, the Honorable Dickran Tevrizian, District Judge,
3  presiding. The issues having been duly heard, the Court entered an Order on
4  March 12, 2002 in which it granted defendants' motion and dismissed plaintiff's
5  claims for invasion of privacy, defamation, misappropriation of right of publicity
6  and negligence.
7  Accordingly, IT IS ORDERED AND ADJUDGED:
8  That plaintiff Christianne Carafano take nothing, and the action is dismissed
9  on the merits and in its entirety.

DATED: MAR 28 2002

__DICKRAN TEVRIZIAN__
HON. DICKRAN TEVRIZIAN
U.S. DISTRICT JUDGE

Respectfully submitted by:

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ *signature*
Timothy L. Alger
Attorneys for Defendants Lycos, Inc.
and Metrosplash.com

02424/407232.1

-2-

## PROOF OF SERVICE

1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

      On March 19, 2002, I served by mail the following document(s) on interested parties in this action described as **[PROPOSED] JUDGMENT** addressed as follows:

Gregory J. Aldisert, Esq.
Caroline Heindel Burgos, Esq.
Greenberg Glusker Fields Claman Machtinger & Kinsella LLP
1900 Avenue of the Stars, #2100
Los Angeles, California 90067
Telephone: (310) 553-3610
Facsimile: (310) 553-0687

X     **(BY MAIL) I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.

X     **(BY MAIL) I caused such envelope to be placed in the firm's mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       **(BY FACSIMILE) I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

       **(BY FEDERAL EXPRESS) by placing the document(s) listed above in such envelope for deposit with FEDERAL EXPRESS to be delivered via priority overnight service to the persons at the addresses set forth above.

       **(BY PERSONAL SERVICE) I caused to be delivered by hand such envelope to the offices of the addressee.

Executed on March 19, 2002, at Los Angeles, California.

       (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Donna Wilson | *Donna Wilson* (signature) |
|---|---|
| Type or Print Name | Signature |