UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 24 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTIANNE CARAFANO, a/k/a Chase Masterson, | No. 02-55658 |
| Plaintiff - Appellant, | D.C. No. CV-01-00018-DT |
| v. | ORDER |
| METROSPLASH.COM, INC., a Delaware corporation; LYCOS, INC., a Delaware corporation; MATCHMAKER.COM, INC., a Texas corporation, | |
| Defendants - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 28 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Before: THOMAS, PAEZ, Circuit Judges, and REED, District Judge.*

The court has received and reviewed the Appellate Commissioner's

December 13, 2004 report and recommendation, appellant Christianne Carafano's

responses to the court's December 13, 2004 order, and appellees' objection to the

report and recommendation.

Appellees' objection to the report and recommendation is overruled. The

court adopts the report and recommendation in full, and awards attorneys' fees

---

*   The Honorable Edward C. Reed, Jr., United States District Judge for the
District of Nevada, sitting by designation.



DOCKETED ON CM

MAR ¯ 4 2005

BY _____ 032

114

against Carafano in the amount of $1,000.  A certified copy of this order sent to the district court shall serve to amend the court's mandate.

O:\AppComm\Fees\2002\02-55658Ca\panelorder1.wpd



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 4 2005

by
Deputy Clerk